IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Jaquan Chisholm,                    )
                                    )
            Plaintiff,              )
                                    )    Civil Action No. 2:12-69-SB
v.                                  )
                                    )
Greenwood County Detention Center,  )    **ORDER**
Sheriff Tony Davis,                 )
                                    )
            Defendants.             )
_____    )

  This matter is before the Court upon the Plaintiff's pro se complaint, wherein he alleges that jail staff failed to provide needed medical attention for his stomach ulcer between the time he entered the Greenwood County Detention Center on November 1, 2010, and January 5, 2012, when he was taken to Self Regional Hospital in Greenwood. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.



  On February 9, 2012, United States Magistrate Judge Bruce Howe Hendricks issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court dismiss the complaint without prejudice and without issuance and service of process. Attached to the R&R was a notice advising the Plaintiff of the right to file specific, written objections to the R&R within 14 days of the date of service of the R&R. To date, no objections have been filed.

  Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d

198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, after review, the Court hereby adopts the Magistrate Judge's R&R (Entry 13) as the Order of this Court, and it is

**ORDERED** that the Plaintiff's complaint is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

~~February~~ March 5, 2012
Charleston, South Carolina

#2